DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NYRO FREDERICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3223

[January 28, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David F. Crow, Judge; L.T. Case No. 50-2007-CF-017335-AXXX-MB.

Nyro Frederick, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Defendant's claim that his consecutive minimum mandatory sentences are illegal because they arose from the same criminal episode is rejected for the reasons stated in *Williams v. State*, 125 So. 3d 879 (Fla. 4th DCA 2013) (en banc).

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***